```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 05896
   TERRELL D OUTLAY
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-4935


------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 04/03/2007 and was not confirmed.

     The case was dismissed without confirmation 07/23/2007.
------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT   INTEREST     PRINCIPAL
                                                         PAID         PAID
------------------------------------------------------------------------
GMAC MORTGAGE CORPORATIO CURRENT MORTG          .00         .00          .00
GMAC MORTGAGE CORPORATIO NOTICE ONLY    NOT FILED           .00          .00
LITTON LOAN SERVICING    CURRENT MORTG          .00         .00          .00
LITTON LOAN SERVICING    SECURED NOT I          .00         .00          .00
NAVY FEDERAL CREDIT UNIO SECURED NOT I    21604.37         .00          .00
NAVY FEDERAL CREDIT UNIO SECURED NOT I    19221.48         .00          .00
CHASE MANHATTAN MTG CORP UNSECURED      NOT FILED           .00          .00
GEMB/PEP BOYS            UNSECURED      NOT FILED           .00          .00
HARRIS & HARRIS          UNSECURED      NOT FILED           .00          .00
AAFES                    UNSECURED         854.04           .00          .00
NEW CENTURY MORTGAGE COR SECURED NOT I          .00         .00          .00
NEW CENTURY MORTGAGE COR SECURED NOT I     7613.63         .00          .00
SOUTH DIVISION C U       UNSECURED      NOT FILED           .00          .00
THD/CBSD                 UNSECURED      NOT FILED           .00          .00
ECAST SETTLEMENT CORP    UNSECURED         895.54           .00          .00
WASHINGTON MUTUAL        UNSECURED      NOT FILED           .00          .00
WASHINGTON MUTUAL        UNSECURED      NOT FILED           .00          .00
ZALE CBUSA               UNSECURED      NOT FILED           .00          .00
PEOPLES GAS LIGHT & COKE UNSECURED       12348.94           .00          .00
GMAC MORTGAGE CORPORATIO MORTGAGE ARRE   36891.03           .00          .00
LITTON LOAN SERVICING    SECURED NOT I          .00         .00          .00
LITTON LOAN SERVICING    SECURED NOT I          .00         .00          .00
CITY OF CHICAGO PARKING  UNSECURED         380.00           .00          .00
NAVY FEDERAL CREDIT UNIO NOTICE ONLY    NOT FILED           .00          .00
SCOTT V KELLEY           DEBTOR ATTY           .00                       .00
TOM VAUGHN               TRUSTEE                                         .00
DEBTOR REFUND            REFUND                                     4,000.00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                      RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE               4,000.00

PRIORITY                                       .00

                PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 07 B 05896 TERRELL D OUTLAY
```

```
SECURED                                                           .00
UNSECURED                                                         .00
ADMINISTRATIVE                                                    .00
TRUSTEE COMPENSATION                                              .00
DEBTOR REFUND                                                4,000.00
                                      ---------------    ---------------
TOTALS                                      4,000.00           4,000.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
  Dated: 10/18/07                   _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```